In re RICOH COMPANY, LTD. PATENT LITIGATION.

Synopsys, Inc., Plaintiff–Appellee,

v.

Ricoh Company, Ltd., Defendant–Appellant.

Ricoh Company, Ltd., Plaintiff–Appellant,

v.

Aeroflex Incorporated, Ami Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International, Inc., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc., Defendants–Appellees.

No. 2011–1199.

United States Court of Appeals, Federal Circuit.

March 18, 2011.

## ON MOTION

### ORDER

The parties jointly move for a stay of the briefing schedule until after this Court issues its decision in the related appeal (2010–1415), concerning the district court's grant of summary judgment of noninfringement.

We note that the court's decision in 2010–1415 issued on March 8, 2011.

Accordingly,

It Is Ordered That:

278

The motion is granted to the extent that the appellant's opening brief is due within 60 days of the date of filing of this order.